IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| GUSTAVO ADOLFO ROBLES GARMENDIA, | § § § § § | |
| *Petitioner,* | § § | |
| v. | § § | |
| KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; TODD LYONS, in his official capacity as Director of U.S. Immigration and Customs Enforcement; BRET A. BRADFORD, in his official capacity as Acting Director of the Houston Field Office of ICE, Enforcement and Removal Operations; and WARDEN OF THE LIMESTONE COUNTY DETENTION CENTER, | § § § § § § § § § § § § § § § | CASE NO. 6:25-CV-00463-ADA-DTG |
| *Respondents,* | § | |

## ORDER FOR SERVICE

Petitioner Gustavo Adolfo Robles Garmendia challenges his custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241. His petition raises issues which require Respondents, through their counsel, to show cause why the Court should not grant the relief Petitioner seeks. *See* 28 U.S.C. § 2243.

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas.

It is **ORDERED** that the Respondents shall show cause by October 28, 2025 why the relief Petitioner seeks should not be granted by filing an answer or other responsive pleading.

**SIGNED** this 24th day of October, 2025.

                                                      DEREK T. GILLILAND
                                                     UNITED STATES MAGISTRATE JUDGE