IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **GUSTAVO ADOLFO ROBLES GARMENDIA,** | § § § | |
| *Petitioner,* | § § | |
| v. | § § | |
| **KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; TODD LYONS, in his official capacity as Director of U.S. Immigration and Customs Enforcement; BRET A. BRADFORD, in his official capacity as Acting Director of the Houston Field Office of ICE, Enforcement and Removal Operations; and WARDEN OF THE LIMESTONE COUNTY DETENTION CENTER,** | § § § § § § § § § § § § § | CASE NO. 6:25-CV-00463-ADA-DTG |
| *Respondents,* | § | |

## ORDER SETTING HEARING

Petitioner Gustavo Adolfo Robles Garmendia challenges his continued custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. No. 1). Respondents have filed their return, and a hearing is now required. *See* 28 U.S.C. § 2243 ("When the writ or order is returned a day shall be set for hearing, not more than five days after the return . . . .").

Due to the demands of the Court's schedule, the Court finds good cause to extend the time to hold a hearing pursuant to 28 U.S.C. § 2243 and sets a hearing on **November 25, 2025** at 3:00 P.M. (1 hour time block). The hearing shall be held in-person at the United States District Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas. Respondents are directed to "produce the body of" the petitioner at the hearing. *Id.*

**SIGNED** this 18th day of November, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE